**MOTLEY RICE LLC**
Michael G. Daly, Esq., ID No. 025812010
Joshua M. Neuman, Esq., ID No. 209832016
1717 Arch Street, Suite 2610
Philadelphia, PA 19103
mdaly@motleyrice.com
jneuman@motleyrice.com
Phone: (267) 267-4740
Fax: (267) 267-4759
*Attorneys for Plaintiff, Matthew Juliano*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MATTHEW JULIANO,**<br><br>　　　　　　　　　**Plaintiff,**<br><br>v.<br><br>**NURSE ASSIST, LLC, ADAPTHEALTH CORP., TOWER THREE PARTNERS LLC, BPGC MANAGEMENT LP, SPINNAKER INTERNATIONAL LLC and R INVESTMENTS, LLC**<br><br>　　　　　　　　　**Defendants.** | **Civil Action No. 1:25-cv-13512**<br><br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

　　　Kindly enter the appearance of Joshua M. Neuman, Esq. on behalf of Plaintiff, Matthew Juliano, in the above-captioned matter.

Dated:　July 18, 2025　　　　　　　*/s/ Joshua M. Neuman*
　　　　　　　　　　　　　　　　　**MOTLEY RICE, LLC**
　　　　　　　　　　　　　　　　　Michael G. Daly, Esq. ID No. 025812010
　　　　　　　　　　　　　　　　　Joshua M. Neuman, Esq., ID No. 209832016
　　　　　　　　　　　　　　　　　1717 Arch Street, Suite 3610
　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19103
　　　　　　　　　　　　　　　　　mdaly@motleyrice.com
　　　　　　　　　　　　　　　　　jneuman@motleyrice.com
　　　　　　　　　　　　　　　　　Phone: (267) 267-4740
　　　　　　　　　　　　　　　　　Fax: (267) 267-4759
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff, Matthew Juliano*

## **CERTIFICATE OF SERVICE**

I, Joshua M. Neuman, hereby certify that I filed a true and correct copy of the within *Entry of Appearance* via the Court's Electronic Filing System, which service satisfies the requirements of the Federal Rules of Civil Procedure, on all counsel of record and unrepresented parties.

Dated:  July 18, 2025         */s/ Joshua M. Neuman*
**MOTLEY RICE, LLC**
Michael G. Daly, Esq. ID No. 025812010
Joshua M. Neuman, Esq., ID No. 209832016
1717 Arch Street, Suite 3610
Philadelphia, Pennsylvania 19103
mdaly@motleyrice.com
jneuman@motleyrice.com
Phone: (267) 267-4740
Fax: (267) 267-4759
*Attorneys for Plaintiff, Matthew Juliano*