UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW JULIANO,<br><br>                           Plaintiff,<br>-against-<br><br>NURSE ASSIST, LLC, ADAPTHEALTH CORP., TOWER THREE PARTNERS, LLC, BPGC MANAGEMENT LP, SPINNAKER INTERNATIONAL LLC, R INVESTMENTS LLC and McKESSON MEDICAL-SURGICAL, INC.<br><br>                          Defendants. | **STIPULATION AND ORDER**<br><br>Case No.  1:25-cv-13512-RMB-MJS |

THE HONORABLE MATTHEW J. SKAHILL, U.S.M.J.:

Pursuant to Local Rule 6.1(b), the undersigned attorneys hereby stipulate for the issuance of an Order extending the time from October 21, 2025 to November 17, 2025 for Defendant ADAPTHEALTH CORP. to answer the Amended Complaint filed by Plaintiff MATTHEW JULIANO.

*Joshua Newman*
_____
Michael G. Daly, Esq.
Joshua M. Neuman, Esq.
**MOTLEY RICE, LLC**
1717 Arch Street-Suite 3610
Philadelphia, PA  19103
(267) 267-4740
*Counsel for Plaintiff*
*MATTHEW JULIANO*

*Marina Plotkin*
_____
Marina Plotkin, Esq.
**HARRIS BEACH MURTHA CULLINA PLLC**
100 Wall Street, 23rd Floor
New York, NY 10005
(212) 687-0100
*Counsel for Defendant*
*ADAPTHEALTH CORP.*

ORDER

The above Stipulation is ORDERED GRANTED. Defendant's time to answer, move or otherwise reply is extended to November 17, 2025.

ORDER DATED: _____.

By: _____
                          , U.S.M.J.