AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| MATTHEW JULIANO | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-13512 |
| NURSE ASSIST, LLC, ADAPTHEALTH CORP., et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AdaptHealth Corp.

Date: 10/20/2025

*Attorney's signature*

Marina Plotkin, Esq.
*Printed name and bar number*

Harris Beach Murtha Cullina, PLLC
100 Wall Street
New York, NY  10005
*Address*

mplotkin@harrisbeachmurtha.com
*E-mail address*

(212) 313-5409
*Telephone number*

(212) 687-0659
*FAX number*