# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW JULIANO,<br><br>Plaintiff,<br><br>v.<br><br>NURSE ASSIST, LLC, ADAPTHEALTH CORP., TOWER THREE PARTNERS LLC, BPGC MANAGEMENT LP, SPINNAKER INTERNATIONAL LLC, R INVESTMENTS, LLC, and McKESSON MEDICAL-SURGICAL, INC.,<br><br>Defendants. | Civil Action No.<br>1:25-cv-13512 (RMB) (MJS)<br><br>**STIPULATION & ORDER EXTENDING TIME TO RESPOND TO SUMMONS & COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED** pursuant to L. Civ. Rule 6.1 that the time for Defendant Nurse Assist, LLC to answer the Amended Complaint filed by Plaintiff Matthew Juliano is extended from October 27, 2025 to November 24, 2025.

| | |
|---|---|
| */s/ Joshua M. Neuman* | */s/ Robert E. Blanton, Jr.* |
| Michael G. Daly, Esq. | Robert E. Blanton, Jr., Esq. |
| Joshua M. Neuman, Esq. | **HARDIN KUNDLA McKEON &** |
| **MOTLEY RICE LLC** | **POLETTO** |
| 1717 Arch Street, Suite 2610 | 673 Morris Avenue |
| Philadelphia, PA 19103 | Springfield, NJ 07081 |
| Phone: (267) 267-4740 | (T) 973-912-5222 |
| Fax: (267) 267-4759 | (F) 973-912-9212 |
| mdaly@motleyrice.com | rblanton@hkmpp.com |
| jneuman@motleyrice.com | |
| | |
| *Attorneys for Plaintiff, Matthew Juliano* | *Attorneys for Defendant Nurse Assist, LLC* |

SO ORDERED.   Dated: _____     By: _____
                                     Hon. Matthew J. Skahill, U.S.M.J.

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on October 27, 2025 the foregoing was filed electronically with the Clerk of Court and is being served upon all counsel of record via ECF.

By: */s/ Robert E. Blanton, Jr.*
Robert E. Blanton, Jr., Esq.
**HARDIN KUNDLA McKEON & POLETTO**
673 Morris Avenue
Springfield, NJ 07081
(T) 973-912-5222
(F) 973-912-9212
rblanton@hkmpp.com

*Attorneys for Defendant*
*Nurse Assist, LLC*