# AFFIDAVIT OF SERVICE

| Case:<br>1:25-CV-13512-RMB-MJS | Court:<br>UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY | Job:<br>14297852 |
|---|---|---|
| Plaintiff / Petitioner:<br>MATTHEW JULIANO | | Defendant / Respondent:<br>NURSE ASSIST, ET AL. |
| Received by:<br>Harris Investigations, LLC | | For:<br>Motley Rice |
| To be served upon:<br>ADAPTHEALTH CORP. c/o United Corporate Services, Inc. | | |

I, Don Oliphant, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** ADAPTHEALTH CORP. c/o United Corporate Services, Inc., 800 North State Street Suite 304, Dover, DE 19901
**Manner of Service:** Registered Agent, Oct 7, 2025, 3:09 pm EDT
**Documents:** Summons and Complaint (Received Oct 1, 2025 at 4:45pm EDT)

**Additional Comments:**
1) Successful Attempt: Oct 7, 2025, 3:09 pm EDT at 800 North State Street Suite 304, Dover, DE 19901 received by ADAPTHEALTH CORP. c/o United Corporate Services, Inc.. Age: 30's; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'8"; Hair: Brown; Other: Jamie Kelly (receptionist);

_____    10/11/2025
Don Oliphant                 Date
ID#1021

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
1-302-841-4951