## AFFIDAVIT OF SERVICE

| Case: | Court: | Job: |
|---|---|---|
| 1:25-CV-13512-RMB-MJS | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY | 14330891 |
| **Plaintiff / Petitioner:** MATTHEW JULIANO | | **Defendant / Respondent:** NURSE ASSIST, ET AL. |
| **Received by:** Harris Investigations, LLC | | **For:** Motley Rice |
| **To be served upon:** TOWER THREE PARTNERS LLC C/O COGENCY GLOBAL INC. | | |

I, Don Oliphant, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** TOWER THREE PARTNERS LLC C/O COGENCY GLOBAL INC., 850 New Burton Road Ste. 201, Dover, DE 19904
**Manner of Service:** Registered Agent, Oct 14, 2025, 3:23 pm EDT
**Documents:** Summons and Complaint (Received Oct 1, 2025 at 4:45pm EDT)

**Additional Comments:**
1) Successful Attempt: Oct 14, 2025, 3:23 pm EDT at 850 New Burton Road Ste. 201, Dover, DE 19904 received by TOWER THREE PARTNERS LLC C/O COGENCY GLOBAL INC.. Age: 40's; Ethnicity: African American; Gender: Female; Weight: 180; Height: 5'5"; Hair: Black; Other: Melissa Wallace (customer service representative); glasses

_____  10/17/2025
Don Oliphant                Date
ID#1021

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
1-302-841-4951