UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW JULIANO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NURSE ASSIST, LLC, ADAPTHEALTH CORP., TOWER THREE PARTNERS, LLC, BPGC MANAGEMENT LP, SPINNAKER INTERNATIONAL LLC, R INVESTMENTS LLC and McKESSON MEDICAL SURGICAL, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 1:25-cv-13512-RMB-MJS

**STIPULATION AND ORDER**

Pursuant to Local Rule 6.1(b), the undersigned attorneys hereby stipulate for the issuance of an Order extending the time from November 4, 2025 to November 24, 2025 for Defendant TOWER THREE PARTNERS, LLC to answer the Amended Complaint filed by Plaintiff MATTHEW JULIANO.

/s/ Joshua M. Neuman
Michael G. Daly
Joshua M. Neuman
MOTLEY RICE, LLC
1717 Arch Street-Suite 3610
Philadelphia, PA 19103
(267) 267-4740

*Counsel for Plaintiff*
*MATTHEW JULIANO*

/s/ Jeffrey Traurig
Jeffrey Traurig
TRAURIG LAW LLC
One University Plaza, Suite 124
Hackensack, NJ 07601
646.974.8650 – ext. 1

Sarah K. Grossnickle*
Martha C. Gaythwaite*
VERRILL DANA, LLP
One Portland Square
Portland, ME 04101
(207) 774-4000

*Counsel for Defendant*
*TOWER THREE PARTNERS, LLC*

*Application for admission pro hace vice forthcoming

1

## ORDER

The above Stipulation is ORDERED GRANTED. Defendant's time to answer, is ~~extended~~ to November 24, 2025.

ORDER DATED: 11-5-25 .    By: _____

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on November 4, 2025 the foregoing was filed electronically with the Clerk of Court and is being served upon all counsel of record via ECF.

*/s/ Jeffrey Traurig*

Jeffrey Traurig
TRAURIG LAW LLC
One University Plaza, Suite 124
Hackensack, NJ 07601
646.974.8650 – ext. 1

*Counsel for Defendant*
*TOWER THREE PARTNERS, LLC*