## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW JULIANO,<br><br>                    Plaintiff,<br><br>v.<br><br>NURSE ASSIST, LLC, ADAPTHEALTH CORP., TOWER THREE PARTNERS LLC, BPGC MANAGEMENT LP, SPINNAKER INTERNATIONAL LLC, R INVESTMENTS, LLC, and McKESSON MEDICAL-SURGICAL, INC.,<br><br>                    Defendants. | Civil Action No.<br>1:25-cv-13512 (RMB) (MJS)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE,** that Robert E. Blanton, Jr., of the law firm of Hardin, Kundla, McKeon & Poletto, appears as counsel for Specially Appearing[1] Defendant, Spinnaker International, LLC, and that a copy of all notices and papers herein are to be served upon the undersigned.

Dated: November 10, 2025   By:   ***/s/ Robert E. Blanton, Jr.***
Robert E. Blanton, Jr., Esq.
**HARDIN KUNDLA McKEON & POLETTO**
673 Morris Avenue
Springfield, NJ 07081
(T) 973-912-5222
(F) 973-912-9212
rblanton@hkmpp.com

*Attorneys for Defendant Nurse Assist, LLC & Specially Appearing Defendant Spinnaker International, LLC*

---

[1] This is a special appearance by Defendant, Spinnaker International, LLC as it maintains that there is no personal jurisdiction over in it in this matter, and the lack of jurisdiction shall not be deemed waived by its filing of this submission.

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on November 10, 2025 the foregoing was filed electronically with the Clerk of Court and is being served upon all counsel of record via ECF.

By: ***/s/ Robert E. Blanton, Jr.***
Robert E. Blanton, Jr., Esq.
**HARDIN KUNDLA McKEON & POLETTO**
673 Morris Avenue
Springfield, NJ 07081
(T) 973-912-5222
(F) 973-912-9212
rblanton@hkmpp.com

*Attorneys for Defendant Nurse Assist, LLC & Specially Appearing Defendant Spinnaker International, LLC*