<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF NEW JERSEY</u>

| | |
|---|---|
| MATTHEW JULIANO,<br><br>        Plaintiff,<br><br>v.<br><br>NURSE ASSIST, LLC, ADAPTHEALTH CORP., TOWER THREE PARTNERS LLC, BPGC MANAGEMENT LP, SPINNAKER INTERNATIONAL LLC, R INVESTMENTS, LLC, and McKESSON MEDICAL-SURGICAL, INC.,<br><br>        Defendants. | Civil Action No.<br>1:25-cv-13512 (RMB) (MJS)<br><br>**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT FOR SPECIALLY APPEARING DEFENDANT SPINNAKER INTERNATIONAL, LLC** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Specially Appearing[1] Defendant, Spinnaker International, LLC, a private non-governmental party, certifies that:

  1.  Spinnaker International, LLC is a limited liability company formed under the laws of the State of Delaware whose sole member is Kevin Seifert, who resides and is domiciled in Osterville, MA 02655.

  2.  No publicly held corporation owns 10% or more of Spinnaker International, LLC's stock.

---

[1] This is a special appearance by Defendant, Spinnaker International, LLC as it maintains that there is no personal jurisdiction over in it in this matter, and the lack of jurisdiction shall not be deemed waived by its filing of this submission.

Dated: November 10, 2025   By:   **/s/ Robert E. Blanton, Jr.**
Robert E. Blanton, Jr., Esq.
**HARDIN KUNDLA McKEON & POLETTO**
673 Morris Avenue
Springfield, NJ 07081
(T) 973-912-5222
(F) 973-912-9212
rblanton@hkmpp.com

*Attorneys for Defendant Nurse Assist, LLC & Specially Appearing Defendant Spinnaker International, LLC*

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on November 10, 2025 the foregoing was filed electronically with the Clerk of Court and is being served upon all counsel of record via ECF.

By: ***/s/ Robert E. Blanton, Jr.***
Robert E. Blanton, Jr., Esq.
**HARDIN KUNDLA McKEON & POLETTO**
673 Morris Avenue
Springfield, NJ 07081
(T) 973-912-5222
(F) 973-912-9212
rblanton@hkmpp.com

*Attorneys for Defendant Nurse Assist, LLC & Specially Appearing Defendant Spinnaker International, LLC*