

Three Logan Square
1717 Arch St., Suite 3610
Philadelphia, PA 19103
o. 267.267.4747  f. 843.216.9450

**Michael G. Daly, Esquire**
Member
direct: 267.443.8515
mdaly@motleyrice.com

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

November 11, 2025

**VIA ELECTRONIC COURT FILING (ECF)**
Honorable Renée Marie Bumb
U.S.D.C. District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey

      Re:   *Matthew Juliano v. Nurse Assist, LLC, et al.*
             **United States District Court for the District of New Jersey**
             **No. 1:25-cv-13512-RMB-MJS**

Dear Chief Judge Bumb:

      We represent the Plaintiff, Matthew Juliano, in the above-referenced matter. We are in receipt of the letter by counsel for Defendants, Nurse Assist, LLC and Spinnaker International, LLC, requesting a pre-motion conference to grant leave for Spinnaker to file a motion to dismiss all claims. Plaintiff is not opposed to Your Honor holding a pre-motion conference to discuss this matter. However, Plaintiff cannot substantively respond at this juncture to Spinnaker's request for leave to file a motion to dismiss because Nurse Assist, Spinnaker's subsidiary, agent and alter ego as alleged in Plaintiff's Complaint, has failed to file its corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1(a)(1). Specific information pertaining to Spinnaker's ownership and control of Nurse Assist is essential to the jurisdictional and substantive questions raised by Defendants in their letter and anticipated motions. This information is not otherwise publicly available.

      Accordingly, Plaintiff requests Defendant Nurse Assist immediately disclose the Rule 7.1(a)(1) corporate disclosure statement that was due on October 27, 2025. Plaintiff's counsel is available at the Court's convenience should Your Honor have any questions or concerns.

                                          Respectfully,

                                          Michael G. Daly, Esquire
                                          Joshua M. Neuman, Esquire
                                          **MOTLEY RICE, LLC**

cc: All Counsel of Record (via electronic filing)