# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW JULIANO,<br><br>        Plaintiff,<br><br>v.<br><br>NURSE ASSIST, LLC, ADAPTHEALTH CORP., TOWER THREE PARTNERS LLC, BPGC MANAGEMENT LP, SPINNAKER INTERNATIONAL LLC, R INVESTMENTS, LLC, and McKESSON MEDICAL-SURGICAL, INC.,<br><br>        Defendants. | Civil Action No.<br>1:25-cv-13512 (RMB) (MJS)<br><br>**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant, Nurse Assist, LLC, a private, non-governmental party, certifies that:

  1. Nurse Assist, LLC is a Delaware limited liability company.

  2. Nurse Assist, LLC's sole member is Big Tree Road, LLC, a Delaware limited liability company.

  3. Big Tree Road LLC's sole member is Maplewood North LLC, a Delaware limited liability company.

  4. Maplewood North LLC's members are Stericare Investments LLC, three related entities: LBC Credit Partners IV, L.P., LBC-P Credit Fund, L.P., and LBC-A Credit Fund, L.P. (the "LBC Funds"), Kevin Seifert, Stephen Toy, and Wilbur Ross.

5. The LBC Funds are Delaware limited partnerships with principal places of business in Illinois.

6. Stericare Investments LLC is a Delaware limited liability company.

7. Stericare Investments LLC's members are BPG Ross Group Holdings LLC and KSAY Investments LLC.

8. BPG Ross Group Holdings LLC's members are KSAY Investments LLC and Stephen Toy.

9. KSAY Investments LLC is a Delaware limited liability company.

10. KSAY Investments LLC's sole member is Kevin Seifert.

11. Kevin Seifert resides and is domiciled in Osterville, MA.

12. Stephen Toy resides and is domiciled in Greenwich, CT.

13. Wilbur Ross resides and is domiciled in Palm Beach, FL.

14. No publicly held corporation owns 10% or more of Nurse Assist, LLC's stock.

Dated: November 14, 2025   By: */s/ Robert E. Blanton, Jr.*
Robert E. Blanton, Jr., Esq.
**HARDIN KUNDLA McKEON & POLETTO**
673 Morris Avenue
Springfield, NJ 07081
(T) 973-912-5222
(F) 973-912-9212
rblanton@hkmpp.com

*Attorneys for Defendant Nurse Assist, LLC & Specially Appearing Defendant Spinnaker International, LLC*

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on November 14, 2025 the foregoing was filed electronically with the Clerk of Court and is being served upon all counsel of record via ECF.

By: **/s/ Robert E. Blanton, Jr.**
Robert E. Blanton, Jr., Esq.
**HARDIN KUNDLA McKEON & POLETTO**
673 Morris Avenue
Springfield, NJ 07081
(T) 973-912-5222
(F) 973-912-9212
rblanton@hkmpp.com

*Attorneys for Defendant Nurse Assist, LLC & Specially Appearing Defendant Spinnaker International, LLC*