UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW JULIANO,<br><br>      Plaintiff,<br>-against-<br><br>NURSE ASSIST, LLC, ADAPTHEALTH CORP., TOWER THREE PARTNERS, LLC, BPGC MANAGEMENT LP, SPINNAKER INTERNATIONAL LLC, R INVESTMENTS LLC and McKESSON MEDICAL-SURGICAL, INC.<br><br>      Defendants. | Case No.: 1:25-cv-13512-RMB-MJS<br><br>Civil Action |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the nongovernmental party, ADAPTHEALTH CORP., certifies that:

1. AdaptHealth Corp. is a Delaware Corporation with its principal place of business located at 555 East North Lane, Suite 5075, Conshohocken, PA 19428.

2. AdaptHealth Corp. has no parent corporation.

3. Publicly held corporations that own 10% or more of AdaptHealth Corp.'s stock: BlackRock, Inc.

            Respectfully submitted,

    By: _____
      Marina Plotkin, Esq. (State Bar ID # 047582005)
      HARRIS BEACH MURTHA CULLINA PLLC
      100 Wall Street, 23rd Floor
      New York, NY 10005
      212-313-5409
      mplotkin@harrisbeachmurtha.com

      *Attorneys for Defendant
      ADAPTHEALTH CORP.*

Dated: November 17, 2025

## CERTIFICATION OF SERVICE

I hereby certify that on this 17th day of November, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                **HARRIS BEACH MURTHA CULLINA PLLC**

By: _/s/ Marina Plotkin_
Marina Plotkin, Esq.
100 Wall Street, 23rd Floor
New York, NY 10005
(212) 313-5409
mplotkin@harrisbeachmurtha.com

*Attorneys for Defendant*
*ADAPTHEALTH CORP.*