UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW JULIANO,<br><br>Plaintiff,<br><br>v.<br><br>NURSE ASSIST, LLC, ADAPTHEALTH CORP., TOWER THREE PARTNERS LLC, BPGC MANAGEMENT LP, SPINNAKER INTERNATIONAL LLC, R INVESTMENTS LLC, and McKESSON MEDICAL-SURGICAL, INC.,<br><br>Defendants. | Civil Action No. 1:25-cv-13512 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that David A. Luttinger, an attorney duly admitted to practice before this Court and resident in Covington & Burling LLP's New York Office, hereby appears as counsel on behalf of Defendant McKesson Medical-Surgical, Inc. in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

> David A. Luttinger
> COVINGTON & BURLING LLP
> 30 Hudson Yards
> New York, NY 10001
> Tel.: (212) 841-1000
> E-mail: dluttinger@cov.com

1

| | |
|---|---|
| New York, New York<br>Dated: November 21, 2025 | Respectfully submitted,<br><br>COVINGTON & BURLING LLP<br><br>*/s/ David A. Luttinger*<br>David A. Luttinger<br><br>30 Hudson Yards<br>New York, NY 10001<br>(212) 841-1000<br>dluttinger@cov.com<br><br>*Attorneys for Defendant McKesson Medical-Surgical, Inc.* |