UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW JULIANO,<br><br>                Plaintiff,<br><br>     v.<br><br>NURSE ASSIST, LLC, ADAPTHEALTH CORP., TOWER THREE PARTNERS LLC, BPGC MANAGEMENT LP, SPINNAKER INTERNATIONAL LLC, R INVESTMENTS LLC, and McKESSON MEDICAL-SURGICAL, INC.,<br><br>                Defendants. | Civil Action No. 1:25-cv-13512 |

**STIPULATION AND ORDER VACATING CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT McKESSON MEDICAL-SURGICAL, INC. AND EXTENDING DEFENDANT McKESSON MEDICAL-SURGICAL, INC.'S TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to L. Civ. Rule 6.1, Plaintiff Matthew Juliano ("Plaintiff") and Defendant McKesson Medical-Surgical, Inc. ("Defendant"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on July 18, 2025, Plaintiff commenced this case by filing his Complaint in this Court, *see* ECF No. 1;

WHEREAS, on September 25, 2025, Plaintiff filed an Amended Complaint, *see* ECF No. 5;

WHEREAS, on October 29, 2025, the Clerk of Court entered default against Defendant;

WHEREAS, pursuant to Federal Rule of Civil Procedure 55(c), Defendant asserts that good cause exists to vacate the Clerk of Court's entry of default against Defendant, and Plaintiff does not object to the Court vacating the Clerk of Court's entry of default; and

1

WHEREAS, the parties have agreed to extend Defendant's time to file an Answer to Plaintiff's Amended Complaint;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT:

1. Pursuant to Federal Rule of Civil Procedure 55(c), the entry of default against Defendant, dated October 29, 2025, is hereby vacated.

2. The time for Defendant to file an Answer to the Amended Complaint is extended to December 11, 2025.

Dated: November 21, 2025

/s/ Joshua M. Neuman
Michael G. Daly, Esq.
Joshua M. Neuman, Esq.
MOTLEY RICE LLC
1717 Arch Street, Suite 2610
Philadelphia, PA 19103
(267) 267-4740
mdaly@motleyrice.com
jneuman@motleyrice.com

*Attorneys for Plaintiff Matthew Juliano*

/s/ David A. Luttinger, Jr.
David A. Luttinger, Jr.
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001
(212) 841-1000
dluttinger@cov.com

*Attorneys for Defendant McKesson Medical-Surgical, Inc.*

SO ORDERED this 21st day of November, 2025

_____
Hon. Renée Marie Bumb