# HARDIN, KUNDLA, MCKEON & POLETTO

COUNSELLORS AT LAW

A PROFESSIONAL CORPORATION
673 MORRIS AVENUE
SPRINGFIELD, NEW JERSEY 07081
(973) 912-5222
FAX (973) 912-9212

www.HKMPP.com

**Robert E. Blanton, Jr.**
rblanton@hkmpp.com

Member of the Bar: NJ & NY

**NEW YORK OFFICE**
110 William Street
New York, New York 10038
(212) 571-0111
FAX (212) 571-1117

**PENNSYLVANIA OFFICE**
60 West Broad Street
Suite 102
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

December 5, 2025

**VIA ECF**
Hon. Renée Marie Bumb, C.U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse—Courtroom 3D
4th & Cooper Streets
Camden, New Jersey

      RE:   *Juliano v. Nurse Assist, LLC, et al.*
             **Case No. 1:25-cv-13512**

Dear Chief Judge Bumb:

    This office represents Defendant Nurse Assist, LLC and Specially Appearing Defendant Spinnaker International, LLC (hereinafter "Spinnaker") in the above referenced matter. On November 12, 2025, Your Honor entered a Text Order instructing Plaintiff and Spinnaker to promptly meet and confer regarding a resolution to the issues raised in Spinnaker's letter dated November 10, 2025. (*See* Dkt. 31). The parties met and conferred on November 17, 2025 and December 2, 2025, but unfortunately, we could not reach a resolution. As such, the parties respectfully request the Court schedule a pre-motion conference.

    Your Honor's consideration of this request is greatly appreciated.

                                     Respectfully submitted,

                                     */s/ Robert E. Blanton, Jr.*
                                     Robert E. Blanton, Jr.

REB:pth
cc:    All counsel of record (via ECF)