**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MATTHEW JULIANO,<br><br>     Plaintiff,<br><br>  v.<br><br>NURSE ASSIST, LLC, ADAPTHEALTH CORP., TOWER THREE PARTNERS LLC, BPGC MANAGEMENT LP, SPINNAKER INTERNATIONAL LLC, R INVESTMENTS LLC, and McKESSON MEDICAL-SURGICAL, INC.,<br><br>     Defendants. | Civil Action No. 1:25-cv-13512 |

## STIPULATION TO AMEND PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2)

It is hereby agreed by and between Plaintiff, Matthew Juliano, by and through his attorneys, Motley Rice LLC, and Defendants, Nurse Assist, LLC, AdaptHealth Corp., Tower Three Partners LLC, BPGC Management LP, Spinnaker International LLC, R Investments LLC, and McKesson Medical-Surgical, Inc., by and through their undersigned attorneys, that Defendants, BPGC Management LP, Spinnaker International LLC, and R Investments, shall be substituted for Defendants, LBC Credit Partners IV, L.P., LBC-P Credit Fund, L.P., LBC-A Credit Fund, L.P., CIFC Asset Management, LLC, and CIFC LLC, in the form of Plaintiff's Second Amended Complaint (attached hereto as Exhibit "A").

The Parties further stipulate and agree that any and all claims in Plaintiff's Amended Complaint that were directed to BPGC Management LP, Spinnaker International LLC, and R Investments, will now be directed to LBC Credit Partners IV, L.P., LBC-P Credit Fund, L.P., LBC-A Credit Fund, L.P., CIFC Asset Management, LLC, and CIFC LLC.  The Parties further stipulate and agree that any and all claims now directed to LBC Credit Partners IV, L.P., LBC-P Credit

Fund, L.P., LBC-A Credit Fund, L.P., CIFC Asset Management, LLC, and CIFC LLC, relate back to the original Complaint filed against BPGC Management LP, Spinnaker International LLC, and R Investments, pursuant to Rule 15(c).

The parties further stipulate and agree that Defendants, Tower Three Partners LLC, BPGC Management LP, Spinnaker International LLC, and R Investments, are hereby dismissed from this action, without prejudice.

The Parties further stipulate and agree that Defendant AdaptHealth Corp.'s cross-claims against Defendants, Tower Three Partners LLC, BPGC Management LP, Spinnaker International LLC, and R Investments LLC, are dismissed without prejudice.

The Parties further stipulate and agree that Defendants, Nurse Assist, LLC, AdaptHealth Corp., and McKesson Medical-Surgical, Inc., do not object to the filing of the Second Amended Complaint though Defendants Nurse Assist, LLC, AdaptHealth Corp., and McKesson Medical-Surgical, Inc. reserve all rights, claims, and defenses, and will serve a responsive pleading in the form of an Answer (only) within 21 days of this Order.

The Parties further stipulate and agree that the case caption shall be amended as follows:

| | |
|---|---|
| MATTHEW JULIANO,<br><br>                    Plaintiff,<br><br>        v.<br><br>NURSE ASSIST, LLC, ADAPTHEALTH CORP., LBC CREDIT PARTNERS IV, L.P., LBC-P CREDIT FUND, L.P., LBC-A CREDIT FUND, L.P., CIFC ASSET MANAGEMENT, LLC, CIFC LLC, and McKESSON MEDICAL-SURGICAL, INC.,<br><br>                    Defendants. | Civil Action No. 1:25-cv-13512 |

**[SIGNATURE PAGE FOLLOWS]**

2

**STIPULATED TO and CONSENTED TO BY:**


**For Plaintiff**
**Matthew Juliano**

*/s/ Michael G. Daly*
Michael G. Daly, Esq.
Joshua M. Neuman, Esq.
MOTLEY RICE LLC
Dated: June 3, 2026

| **For Defendant Nurse Assist, LLC &** | **For Defendant AdaptHealth Corp.** |
|---|---|
| **Specially Appearing Defendants** | |
| **Spinnaker International LLC, R** | |
| **Investments LLC & BPGC** | |
| **Management LP** | |

*/s/ Robert E. Blanton, Jr.*        */s/ Marina Plotkin*
Robert E. Blanton, Jr., Esq.        Marina Plotkin Esq.
HARDIN KUNDLA McKEON &     HARRIS BEACH MURTHA
POLETTO, P.A.                 CULLINA PLLC
Dated: June 3, 2026          Dated: June 3, 2026

**For Defendant McKesson Medical-**    **For Defendant Tower Three Partners,**
**Surgical, Inc.**                 **LLC**

*/s/ Heather A. Ritch Rocks*       */s/ Jeffrey M. Traurig*
Heather A. Ritch Rocks, Esq.      Jeffrey M. Traurig, Esq.
REED SMITH, LLP            TRAURIG LAW LLC
Dated: June 3, 2026          Dated: June 3, 2026


SO ORDERED, this _____ day of _____, 2026.


_____
                                   J.