**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

JULIANO,

Plaintiff,

v.

NURSE ASSIST, *et al.*

Defendants.

Civil No. 25-13512-RMB-MJS

**ORDER OF DISMISSAL**

**RENÉE MARIE BUMB, Chief United States District Judge**:

**THIS MATTER** comes before the Court upon the Court's September 16, 2026 Pre-Motion Conference [Docket No. 120.] For the reasons discussed, and for good cause shown,

**IT IS**, on this **16th** day of **September** **2026**,

1. **ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction; and it is further

2. **ORDERED** that the Clerk of Court shall **CLOSE** this case.

**/s/ Renée Marie Bumb**
Renée Marie Bumb
Chief United States District Judge